UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TEHUITZIL,

                              Plaintiff,

            - against -

PEARL STREET DINER, et al.,

                              Defendants.
------------------------------------------------------------------x

08 Civ. 8742 (RMB)

**ORDER OF DISCONTINUANCE**

       Based upon Defendants' letter, dated March 20, 2009, indicating that "the parties have reached a settlement in principle," it is hereby

       **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that the Plaintiff or Defendants may apply, on or before April 6, 2009 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned.

**SO ORDERED.**

Dated: New York, New York
          March 23, 2009

                                                        _____
                                                        Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03.23.09